In re Collins, Leonard; — Plaintiffs); applying for supervisory and/or remedial writs; Parish of Orleans, Criminal District Court, Div. “F”, Nos. 230-888, 230-889.
Denied. The Fifth Circuit overruled Leichman v. Secretary, La. Dept. of Corrections, 939 F.2d 315 (5th Cir.1991) in Wilkerson v. Whitley, 28 F.3d 498 (5th Cir.1994), cert. denied, — U.S.-, 115 S.Ct. 740, 130 L.Ed.2d 642 (1995). Relator’s application is otherwise barred. La.C.Cr.P. art. 930.8.
WATSON, J., not on panel.